UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO:      Counsel of Record

FROM:    Judge Peter J. Messitte

RE:      <u>Tripp v. Ascentage Pharma Group Int'l, et al.</u>
         No. 23-cv-2330

DATE:    April 16, 2024

\* \* \*

Upon consideration of the parties' Joint Motion for the Entry of Stipulated Order Regarding Confidentiality of Discovery Material (ECF No. 29), the Court will **GRANT** the Motion and enter the Proposed Order as stipulated by the parties, subject to the following amendment.

In Paragraph 8(b), the Proposed Order suggests a procedure for resolving disputes about a party's designations of confidentiality over documents and other materials produced in discovery. Specifically, the Proposed Order states that, if the parties cannot resolve their dispute amongst themselves, "the proponent of the designation being challenged shall present the dispute to the Court initially by telephone or letter, before filing a formal motion for an order regarding the challenged designation."

The Court does not wish to receive *ex parte* telephone calls or letters from the parties or their counsel with respect to discovery disputes, so the Court will excise that language from the Proposed Order.

Although the Court does not anticipate that designations of confidentiality will be a point of major contention between the parties, such disputes should be resolved in the same manner as any other discovery dispute—through good-faith conferences and discussions between counsel and the parties and, if the parties remain at an impasse, through formal motions practice, in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

_____
Peter J. Messitte
United States District Judge

CC:   Court file
      Counsel of Record